The Louisville & Nashville Railroad Company, a corporation, J. A. McCall, W. J. Williams, W. J. Williams, Jr., and J. D. C. Newton, Plaintiffs in Error, v. W. B. Allen, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Santa Rosa county; Lucius J. Reeves, Judge.

Daniel Campbell & Son for plaintiffs in error.

No appearance for defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment **for** the defendant, and the plaintiffs take writ of error. Judgment affirmed.

Decision *Per Curiam.*